1  Fred W. Schwinn (SBN 225575)
2  Raeon R. Roulston (SBN 255622)
   Matthew C. Salmonsen (SBN 302854)
3  **CONSUMER LAW CENTER, INC.**
   12 South First Street, Suite 1014
4  San Jose, California 95113-2418
   Telephone: (408) 294-6100
5  Facsimile:  (408) 294-6190
   *Attorneys for Plaintiff, GEORGE ARIAS*
6
   David J. Kaminski (SBN 128509)
7  Kaminskid@cmtlaw.com
   Shawn S. Eldridge (SBN 276581)
8  Eldridges@cmtlaw.com
   **CARLSON & MESSER LLP**
9  5959 W. Century Blvd., Suite 1214
   Los Angeles, CA 90045
10 Telephone: (310) 242-2200
   Facsimile: (310) 242-2222
11 *Attorneys for Defendant,*
   *CLIENT SERVICES, INC.*



IT IS SO ORDERED
Judge Edward J. Davila
DATED: 5/17/2016

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GEORGE ARIAS,<br><br>             Plaintiff,<br><br>vs.<br><br>CLIENT SERVICES, INC., a Missouri corporation,<br><br>             Defendant. | Case No. 5:16-cv-01364-EJD<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (CIVIL L.R. 6-1)**<br><br>Complaint Served: April 11, 2016<br>Current Response Due:  May 15, 2016<br>New Response Deadline:  May 23, 2016 |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff GEORGE ARIAS ("Plaintiff") and Defendant CLIENT SERVICES, INC. ("Defendant"), and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff served its complaint commencing this action on April 11, 2016;

WHEREAS, a Stipulation to Extend Time to Respond was filed on April 25, 2016, extending the deadline for Defendant to respond to May 15, 2016 [Docket No. 12];

WHEREAS, the deadline for Defendant to respond to Plaintiff's Complaint was May 15, 2016;

WHEREAS, the parties have met and conferred and agreed to extend the deadline for Defendant to respond to Plaintiff's Complaint to May 23, 2016;

WHEREAS, the parties hereby stipulate as follows:

That Defendant shall have an extension of time up to and including May 23, 2016 within which to respond to Plaintiff's Complaint. This request does not alter the date of any event or any deadline already fixed by Court order pursuant to Civil L.R. 6.1.

**IT IS SO STIPULATED.**

**CONSUMER LAW CENTER, INC.**

Dated:  May 13, 2016

/s/Fred Schwinn
Fred W. Schwinn
Raeon R. Roulston
Matthew C. Salmonsen
*Attorneys for Plaintiff,*
*GEORGE ARIAS*

**CARLSON & MESSER LLP**

Dated:  May 13, 2016

/s/ Shawn S. Eldridge
David J. Kaminski
Shawn S. Eldridge
*Attorneys for Defendant,*
*CLIENT SERVICES, INC.*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Shawn S. Eldridge, am the ECF user whose identification and password are being used to file the Stipulation Extending Defendant's Time to Respond to Complaint, Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation Extending Defendant's Time to Respond to Complaint provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated: May 13, 2016   /s/ Shawn S. Eldridge
Shawn S. Eldridge
Attorney for Defendant,
*CLIENT SERVICES, INC.*