UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GEORGE ARIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLIENT SERVICES, INC.,<br><br>　　　　Defendant. | Case No.  5:16-cv-01364-EJD<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

This case is scheduled for a Case Management Conference on August 2, 2016. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | March 31, 2017 |

| | |
|---|---|
| Designation of Opening Experts with Reports | March 31, 2017 |
| Designation of Rebuttal Experts with Reports | April 13, 2017 |
| Expert Discovery Cutoff | May 5, 2017 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | April 28, 2017 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on June 1, 2017 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on March 2, 2017 |
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | February 21, 2017 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated: August 2, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-01364-EJD
CASE MANAGEMENT ORDER